**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. JUDITH GATTIS, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>1. HCA HEALTH SERVICES OF OK., INC. )<br>    d/b/a OU MEDICAL CENTER., )<br>)<br>        Defendant. ) | Case No. CIV-15-287-R |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties and, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff Judith Gattis, and Defendant, HCA Health Services of OK., Inc. d/b/a OU Medical Center, stipulate that this matter is dismissed with prejudice with all parties to bear their own costs and attorney's fees.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF JANUARY, 2016**.

| | |
|---|---|
| s/ Amber L. Hurst<br>Mark Hammons, OBA #3784<br>Amber L. Hurst, OBA # 21231<br>HAMMONS, GOWENS, HURST<br>& ASSOCIATES<br>325 Dean A. McGee Avenue<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 235-6100<br>Facsimile: (405) 235-6111<br>Email: amberh@hammonslaw.com<br>*Counsel for Plaintiff* | s/ Brandon Whitworth<br>*(Signed by filing party with permission)*<br>Brandon Whitworth<br>RODOLF & TODD<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, OK 74103<br>918-295-2100 (telephone)<br>918-295-7800 (facsimile)<br>BrandonW@rodolftodd.com<br>*Counsel for Defendant* |